IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SMITH, | CASE NO. CV F 12-1262 LJO SMS |
| Plaintiff, | **NOTICE OF INTENT TO DISMISS AND CLOSE ACTION** (Docs. 17, 18.) |
| vs. | |
| LAWRENCE EXECUTIVE ALLIANCE OF PROFESSIONALS, LLC, | |
| Defendant. | |

In response to this Court's order after settlement, the parties indicated inability to dismiss this action until November 15, 2013 due to "the conditional nature of the settlement." The parties fail to explain the settlement's "conditional nature" or why this action cannot be dismissed subject to reopening or why a motion to enforce settlement could not be pursued if settlement is not completed. As such, this Court NOTIFIES the parties that it intends to dismiss and close this action, unless no later than May 28, 2013, the parties file papers to demonstrate absolute good cause to keep this action open for an inordinate time to complete settlement.

IT IS SO ORDERED.

**Dated:  May 21, 2013**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1