UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLYSMITH,<br><br>        Plaintiff,<br><br>   vs.<br><br>LAWRENCE EXECUTIVE ALLIANCE OF PROFESSIONALS LLC,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 12-1262 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 19.) |

This Court's May 21, 2013 order notified the parties that this Court intends to dismiss and close this action, unless no later than May 28, 2013, the parties file papers to demonstrate absolute good cause to keep this action open for an inordinate time to complete settlement.  The parties filed no papers to respond to the order.  As such, this Court DISMISSES this action and DIRCTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                                    /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28